1   Mitchell F. Boomer (State Bar No. 121441)
    Cara Ching-Senaha (State Bar No. 209467)
2   JACKSON LEWIS LLP
    199 Fremont Street, 10th Floor
3   San Francisco, California 94105
    Telephone: (415) 394-9400
4   Facsimile: (415) 394-9401

5   Attorneys for Defendant
    INTERNATIONAL BUSINESS MACHINES
6   CORPORATION

7

FILED

2008 MAY 29 P 3: 29

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

8              UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA – **SAN JOSE DIVISION**

10

11  JOHN SCHWARZKOPF,                        Case No. **C08   02715**

12              Plaintiff,                   **NOTICE OF NOTICE TO STATE
                                             COURT AND TO ADVERSE PARTY**
         v.                                  **OF REMOVAL OF ACTION UNDER
13                                           28 U.S.C. SECTIONS 1332 AND**
    INTERNATIONAL  BUSINESS  MACHINES,       **1441(B) [DIVERSITY JURISDICTION]**
14  INC.; AND DOES 1 THROUGH 20,

15              Defendants.                  Complaint filed: April 21, 2008

16

17  TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN

18  DISTRICT OF CALIFORNIA:

19          PLEASE TAKE NOTICE that defendant INTERNATIONAL BUSINESS MACHINES

20  CORPORATION ("Defendant" or "IBM") filed a Notice to State Court and to Adverse Party of

21  Removal of Action Under 28 U.S.C. §§ 1332 AND 1441 (b) [Diversity Jurisdiction] in the

22  Superior Court of the State of California, County of San Francisco on May 28, 2008. A copy of

23  Defendant's Notice to State Court and to Adverse Party of Removal of Action Under 28 U.S.C.

24  §§ 1332 And 1441(b) is attached as Exhibit "A" to this Notice.

25  //

26  //

27  //

28

                                      1
    NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT
    [28 U.S.C. §1441(a)]                              Case No.

1   DATED: May 28, 2008                    Respectfully submitted,

2                                          JACKSON LEWIS LLP

3

4                                          By

5                                          Mitchell F. Boomer
                                           Cara Ching-Senaha
                                           Attorneys for Defendant
6                                          INTERNATIONAL BUSINESS MACHINES
                                           CORPORATION

7

8   H:\IBM Corporate Litigation (40134)\Schwarzkopf, John (123892)\Pleadings\Notice to Federal Court of filing NTC Removal 2 USDC CMC
    052208.doc

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT
[28 U.S.C. §1441(a)]                                          Case No.

1  Mitchell F. Boomer (State Bar No. 121441)
   Cara Ching-Senaha (State Bar No. 206671)
2  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
3  San Francisco, California 94105
   Telephone: (415) 394-9400
4  Facsimile: (415) 394-9401

5  Attorneys for Defendant
   INTERNATIONAL BUSINESS MACHINES
6  CORPORATION

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9          COUNTY OF SAN FRANCISCO – UNLIMITED JURISDICTION

10

11  JOHN SCHWARZKOPF,                    | Case No. CGC-08-474469

12              Plaintiff,               | **DEFENDANT INTERNATIONAL BUSINESS MACHINES**
                                         | **CORPORATION'S NOTICE TO**
13        v.                             | **STATE COURT AND TO ADVERSE**
                                         | **PARTIES OF FILING OF NOTICE OF**
14  INTERNATIONAL BUSINESS MACHINES,     | **REMOVAL OF ACTION TO**
    INC.; and DOES 1 through 50,         | **FEDERAL COURT**
15
              Defendant.                 |
16                                       | Complaint Filed: April 21, 2008
17

18  TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF SAN

19  FRANCISCO, AND TO PLAINTIFF JOHN SCHWARZKOPF AND TO HIS ATTORNEYS OF

20  RECORD:

21        PLEASE TAKE NOTICE that on May 28, 2008, Defendant INTERNATIONAL

22  BUSINESS MACHINES CORPORATION (erroneously sued as International Business

23  Machines, Inc.") (hereinafter "Defendant" or "IBM") filed a Notice of Removal of this action in

24  the United States District Court for the Northern District of California – San Jose Division, Case

25  No. _____.  A true and correct copy of Defendant's Notice of Removal is attached hereto

26  as **Exhibit 1**.

27        Pursuant to 28 U.S.C. Section 1446(d), the filing of the attached Notice of

28

                                         1

1    Removal with the United States District Court effects the removal of this action and the above-

2    captioned court may proceed no further unless and until the case is remanded by the federal court.

3                                    Respectfully Submitted,

4    Dated: May 29, 2008            JACKSON LEWIS LLP

5

6                            By: _____

7                                    Mitchell F. Boomer
                                     Cara Ching-Senaha
8                                    Attorneys for Defendant
                                     INTERNATIONAL BUSINESS
9                                    MACHINES CORPPORATION

10   H:\I\IBM Corporate Litigation (40134)\Schwartzkopf, John (new)\Pleadings\State Court\Notice to State Court and Adv Parties Re
     Removal CMC 052208.doc
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                              2