Mitchell F. Boomer (State Bar No. 121441)
Cara Ching-Senaha (State Bar No. 209467)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Defendant
INTERNATIONAL BUSINESS MACHINES
CORPORATION

**FILED**

2008 MAY 29 P 3:30

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ADR

E-FILING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JOHN SCHWARZKOPF,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES, INC.; AND DOES 1 THROUGH 20,<br><br>Defendants. | Case No. C 08-02715 RS<br><br>**CERTIFICATE OF INTERESTED ENTITIES [Civil Local Rule 3-16]**<br><br>Complaint filed: April 21, 2008 |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA AND PLAINTIFF'S ATTORNEYS HEREIN:

On behalf of Defendant INTERNATIONAL BUSINESS MACHINES CORPORATION (hereinafter "IBM"), PLEASE TAKE NOTICE that pursuant to Civil Local Rule 3-16, the following listed persons, associations of persons, firms, partnerships, corporations, or other entities, (i) have a financial interest in the subject matter in controversy, or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of the proceeding:

(a) International Business Machines Corporation, a New York corporation.

//

//

---

1

CERTIFICATE OF INTERESTED ENTITIES
[Civil Local Rule 3-16]                                                                 Case No.

| | | |
|---|---|---|
| 1 | DATED: May 28, 2008 | Respectfully submitted, |
| 2 | | JACKSON LEWIS LLP |
| 3 | | |
| 4 | | By _____ |
| 5 | | Mitchell F. Boomer<br>Cara Ching-Senaha |
| 6 | | Attorneys for Defendant<br>INTERNATIONAL BUSINESS MACHINES<br>CORPORATION |
| 7 | | |

H:\I\IBM Corporate Litigation (40134)\Schwartzkopf, John (new)\Pleadings\Certificate of Interested Entities CMC 052208.doc

---

CERTIFICATE OF INTERESTED ENTITIES    2
[Civil Local Rule 3-16]                          Case No.