```
 1  Mitchell F. Boomer (State Bar No. 121441)
    Cara Ching-Senaha (State Bar No. 209467)
 2  JACKSON LEWIS LLP
    199 Fremont Street, 10th Floor
 3  San Francisco, California 94105
    Telephone: (415) 394-9400
 4  Facsimile: (415) 394-9401

 5  Attorneys for Defendant
    INTERNATIONAL BUSINESS MACHINES
 6  CORPORATION
```

FILED

2008 MAY 29 P 3 30

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

ADR

E-FILING

C08 02715 RS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JOHN SCHWARZKOPF,<br><br>    Plaintiff,<br>v.<br><br>INTERNATIONAL BUSINESS MACHINES, INC.; AND DOES 1 THROUGH 20,<br><br>    Defendants. | Case No. _____<br><br>**CERTIFICATE OF SERVICE** |

I, Cheryl K. Baltru, declare that I am employed with the law firm of Jackson Lewis LLP, whose address is 199 Fremont Street, 10th Floor, San Francisco, California 94105; I am over the age of eighteen (18) years and am not a party to this action.

On May 29, 2008, I served the following documents:

1. CERTIFICATE OF INTERESTED ENTITIES [Civil Local Rule 3-16]

2. NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT [28 U.S.C. §§ 1441(a)]

3. NOTICE OF NOTICE TO STATE COURT AND TO ADVERSE PARTY OF REMOVAL OF ACTION UNDER 28 U.S.C. SECTIONS 1332 AND 1441(B) [DIVERSITY JURISDICTION]

4. DEFENDANT INTERNATIONAL BUSINESS MACHINES CORPORATION'S NOTICE TO STATE COURT AND TO ADVERSE PARTIES OF FILING OF NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT

CERTIFICATE OF SERVICE                                    Case No.

1  in this action by placing a true and correct copy thereof, enclosed in a sealed envelope addressed
2  as follows:

3      Sharon R. Vinick
4      Vinick Law Firm
    350 Sansome Street, Suite 300
5      San Francisco, CA  94104

6  [X]   BY MAIL:  United States Postal Service by placing sealed envelopes with the postage
    thereon fully prepaid, placed for collection and mailing on this date, following ordinary
7      business practices, in the United States mail at San Francisco, California.  [( ) *Courtesy*
    *copy by fax.*]

8  [ ]   BY HAND DELIVERY:  I caused such envelope(s) to be delivered by hand to the above
9      address.

10 [ ]   BY OVERNIGHT DELIVERY:  I caused such envelope(s) to be delivered to the above
    address within 24 hours by overnight delivery service.
11

12 [ ]   BY FACSIMILE:  I caused such document to be transmitted by facsimile from our fax
    number (415) 394-9401 to the fax number indicated above (by written agreement,
    confirming letter dated and signed MM/DD/YY).
13

14     I declare that I am employed in the office of a member of the bar of this Court at
15 whose direction the service was made.

16     Executed on May 29, 2008, at San Francisco, California.

17
18                                          Cheryl K. Baltru

19
20
21
22
23
24
25
26
27
28

2

CERTIFICATE OF SERVICE                               Case No.