VINICK LAW FIRM
SHARON R. VINICK (State Bar No. 129914)
EMILY NUGENT (State Bar No. 255048)
350 Sansome Street, Suite 300
San Francisco, CA  94104
Telephone:  415-722-4481
Facsimile:  415-276-6338

Attorneys for John Schwarzkopf

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JOHN SCHWARZKOPF<br>　　　　　Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES, INC.;<br>AND DOES 1 THROUGH 20<br><br>　　　　　Defendants. | CASE NO. C08 02715 RS<br><br>**DEMAND FOR JURY TRIAL** |

　　　　Pursuant to Rule 38 of the Federal Rules of Civil Procedures**,** John Schwarzkopf, Plaintiff herein, requests a trial by jury on each cause of action for which a trial by jury is proper.

Dated:  June 9, 2008　　　　　　　　　　　　　VINICK LAW FIRM

　　　　　　　　　　　　　　　　　　　　　　　By:  /S/ EMILY NUGENT
　　　　　　　　　　　　　　　　　　　　　　　　　Emily Nugent
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for John Schwarzkopf