VINICK LAW FIRM
SHARON R. VINICK (State Bar No. 129914)
EMILY NUGENT (State Bar No. 255048)
350 Sansome Street, Suite 300
San Francisco, CA 94104
Telephone: 415-722-4481
Facsimile: 415-276-6338

Attorneys for John Schwarzkopf

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JOHN SCHWARZKOPF<br>　　　　　Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES, INC.; AND DOES 1 THROUGH 20<br><br>　　　　　Defendants. | CASE NO. C08 02715 RS<br><br>**DEMAND FOR JURY TRIAL** |

　　　I, Emily Nugent, declare that I am over the age of eighteen years, and not a party to the within action. My business address is 350 Sansome Street, Suite 300, San Francisco, California 94104. On June 9, 2008, I personally served the following document:

　　　1. DEMAND FOR JURY TRIAL

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

CERTIFICATE OF SERVICE – CASE NO. C08 02715RS

| | | |
|---|---|---|
| 1 | | |
| 2 | Mitchell F. Boomer | Attorneys for Defendant |
| 3 | Cara Ching-Senaha<br>JACKSON LEWIS LLP | INTERNATIONAL BUSINESS<br>MACHINES, INC. |
| 4 | 199 Fremont Street, 10th Floor<br>San Francisco, CA 94106 | |

    I am employed in the county from which the mailing occurred.  On the date indicated above, I brought the sealed envelopes to the United States Post Office and deposited them in the mailbox, with postage thereon fully prepaid.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on June 9, 2008 in Oakland, California.

Date:  June 9, 2008                    VINICK LAW FIRM

                                            By: /s/EMILY NUGENT
                                                Emily Nugent
                                                Attorneys for JOHN SCHWARZKOPF