UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

John Schwarzkopf,

                Plaintiff(s),

     v.

IBM

                Defendant(s).

CASE NO. C08-02715 RS

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

      have not yet reached an agreement to an ADR process
✓   request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 9/17/2008; 2:30 p.m.

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Cara Ching-Senaha, | Defendant IBM | (415) 394-9400 | ching-senahac@jacksonlewis.com |
| Sharon Vinick, | Plaintiff Schwarzkopf | (415) 722-4481 | sharon@vinicklaw.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 8-26-08

                                        Attorney for Plaintiff

Dated: 8-26-2008

                                        Attorney for Defendant

Rev 1.05