Sharon R. Vinick (State Bar No. 129914)  
Emily Nugent (State Bar No. 255048)  
VINICK LAW FIRM  
350 Sansome Street, Suite 300  
San Francisco, CA  94104  
Telephone:  (415) 722-4481  
Facsimile:  (415) 276-6338  
Attorneys for Plaintiff  
JOHN SCHWARZKOPF

**E-Filed 10/31/08**

Mitchell F. Boomer (State Bar No. 121441)  
Cara Ching-Senaha (State Bar No. 209467)  
JACKSON LEWIS LLP  
199 Fremont Street, 10th Floor  
San Francisco, California  94105  
Telephone:  (415) 394-9400  
Facsimile:  (415) 394-9401  
Attorneys for Defendant  
INTERNATIONAL BUSINESS MACHINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| JOHN SCHWARZKOPF,<br><br>            Plaintiff,<br>    v.<br><br>INTERNATIONAL BUSINESS MACHINES, INC.; AND DOES 1 THROUGH 20,<br><br>            Defendants. | Case No.  08-02715 JF RS<br><br>**JOINT STIPULATION REGARDING SCHEDULING OF EARLY SETTLEMENT CONFERENCE AND RESCHEDULING OF FURTHER CASE MANAGEMENT CONFERENCE;** ~~PROPOSED~~ **ORDER**<br><br>Complaint filed: April 21, 2008<br><br>Further Case Management Conference:<br>Date: December 5, 2008<br>Time: 10:30 a.m.<br>Location: Courtroom 3, 280 South First Street, San Jose<br>United States District Ct. Judge: Hon. Jeremy Fogel |

COMES NOW Plaintiff JOHN SCHWARZKOPF and Defendant INTERNATIONAL BUSINESS MACHINES, INC. ("IBM"), through their respective counsel, (Plaintiff and

1  
JOINT STIPULATION REGARDING SCHEDULING OF EARLY SETTLEMENT CONFERENCE AND  
RESCHEDULING OF FURTHER CASE MANAGEMENT CONFERENCE; ORDER    Case No. 08-02715 JF RS

Defendant are collectively referred to herein as "the Parties") and jointly submit this Joint Stipulation, as follows:

1. On September 26, 2008, the parties attended the initial case management conference in this case before the Honorable Jeremy Fogel. On September 26, 2008, the parties jointly requested, and they subsequently were ordered by the Court, to attend an early settlement conference before the Honorable Richard Seeborg before the next case management conference. The next case management conference is scheduled for December 5, 2008 at 10:30 a.m. before Judge Fogel;

2. Counsel for Defendant contacted Judge Seeborg's chambers after the initial case management conference on September 26, 2008, and learned that Judge Seeborg will not hold any settlement conferences during the months of November and December 2008. In addition, defense counsel was informed that the first available date for an early settlement conference before Judge Seeborg would be the third week in January of 2009. In light of Judge Seeborg's availability, the Parties and their counsel are currently discussing their mutual availability to attend an early settlement conference beginning in late January 2009 or as soon as possible thereafter;

3. In light of Judge Seeborg's unavailability during the months of November and December of 2008, counsel for the parties stipulate and agree that the further case management conference currently scheduled for December 5, 2008 should be rescheduled to a later date so that the parties can attend an early settlement conference before the next case management conference. The parties stipulate that their prior agreement to suspend all discovery until after the early settlement conference shall remain in full force and effect; and

4. For the reasons stated herein, the Parties and their counsel respectfully request the further case management conference currently scheduled for December 5, 2008 before Judge Fogel be rescheduled to sometime in mid- to late-February 2009, or as soon thereafter as Judge Fogel may be available, in order to enable the parties to attend an early settlement

1  conference before Judge Seeborg, as contemplated by the Court's order on September 26, 2008.

2  IT IS SO STIPULATED.

3  DATED: October 30, 2008                    VINICK LAW FIRM

By: _____/s/_____
Sharon R. Vinick
Emily Nugent
Attorneys for Plaintiff
JOHN SCHWARZKOPF

DATED: October 28, 2008

JACKSON LEWIS LLP

By _____/s/_____
Mitchell F. Boomer
Cara Ching-Senaha
Attorneys for Defendant
INTERNATIONAL BUSINESS MACHINES, INC.

### ORDER

Upon consideration of the Parties' stipulation above, and finding GOOD CAUSE THEREFOR, IT IS HEREBY ORDERED:

That the further case management conference scheduled for December 5, 2008 at 10:30 a.m. before the Honorable Jeremy Fogel shall be continued to __February 27__, 2009 at __10:30__ a.m. It is further ordered that the parties shall have until __January 80__, 2008 [2009] by which to participate in an early settlement conference before the Honorable Richard Seeborg.

DATED: __10/31/08__, 2008       _____/s/ Jeremy Fogel_____
                                 United States District Court Judge Jeremy Fogel

H:\I\IBM Corporate Litigation (40134)\Schwarzkopf, John (123892)\Pleadings\Federal Court\ 20091028 Schwarzkopf Joint Stip and Order re ESC and Further CMC Scheduling.doc

---

3
JOINT STIPULATION REGARDING SCHEDULING OF EARLY SETTLEMENT CONFERENCE AND RESCHEDULING OF FURTHER CASE MANAGEMENT CONFERENCE; ORDER    Case No. 08-02715 JF RS