Mitchell F. Boomer (State Bar No. 121441)
Cara Ching-Senaha (State Bar No. 209467)
S. Christine Young (State Bar No. 253964)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

**E-Filed 9/25/2009**

Attorneys for Defendant
INTERNATIONAL BUSINESS MACHINES, INC.

Sharon R. Vinick
Vinick Law Firm
350 Sansome Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 722-4481
Facsimile: (415) 276-6338

Attorney for Plaintiff
JOHN SCHWARZKOPF

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN SCHWARZKOPF,<br><br>            Plaintiff,<br>v.<br><br>INTERNATIONAL BUSINESS MACHINES, INC.; AND DOES 1 THROUGH 20,<br><br>            Defendants. | Case No.: 08-02715 JF (RS)<br><br>**STIPULATION AND [PROPOSED] ORDER AS TO SUMMARY JUDGMENT HEARING DATE** |

Plaintiff John Schwarzkopf and Defendant International Business Machines, Inc. hereby stipulate and agree, through their counsel of record as follows:

(1) On May 15, 2009, at a case management conference before the Honorable Jeremy Fogel, the Court set November 20, 2009 as the hearing deadline for the parties' respective motions for summary judgment, and instructed the parties to notify the

1

STIPULATION AS TO SUMMARY JUDGMENT HEARING DATES                Case No.: 08-02715 JF (RS)

Court if they believed additional time would be needed to complete their moving papers.

(2) The parties have cooperated and established an extensive deposition schedule, began in September 2009 and projected to end sometime in late October 2009 or, perhaps, early November. However, the parties have also identified a discovery dispute which may require a motion to compel. In the event such motion is brought and granted, additional time will be required in collecting any responsive documentation. The parties estimate this entire process will extend the completion of discovery into January of 2010.

Accordingly, the parties hereby stipulate that additional time is necessary to complete discovery and prepare their moving papers.

Therefore, the parties hereby move the Court to extend the hearing deadline for summary judgment motions in this matter until at least March 19, 2010.

Respectfully submitted,

Dated: September 16, 2009

JACKSON LEWIS LLP

By: _____
Mitchell F. Boomer
S. Christine Young
Attorneys for Defendant
INTERNATIONAL BUSINESS MACHINES, INC.

Dated: September 16, 2009

VINICK LAW FIRM

By: _____
Sharon R. Vinick
Attorneys for Plaintiff John Schwarzkopf

2

STIPULATION AS TO SUMMARY JUDGMENT HEARING DATES          Case No.: 08-02715 JF (RS)

## ORDER OF THE COURT

Good cause appearing, the deadline for summary judgment motions to be heard in this action shall be ___March 19___, 2010.

**IT IS SO ORDERED.**

DATED: _9/24/2009_ _____
United States District Court Judge