Sharon Vinick (State Bar No. 129914)
Emily Nugent (State Bar No. 255048)
DICKSON LEVY VINICK BURRELL HYAMS LLP
180 Grand Avenue, Ste. 1300
Oakland, CA 94612
T: (510) 318-7700
F: (510) 318-7701

Attorneys for Plaintiff John Schwarzkopf

Mitchell F. Boomer (State Bar No. 121441)
Cara Ching-Senaha (State Bar No. 209467)
S. Christine Young (State Bar No. 253964)
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California  94105
Telephone:  (415) 394-9400
Facsimile:  (415) 394-9401

Attorneys for Defendant
INTERNATIONAL BUSINESS MACHINES, INC.

**E-Filed 1/20/2010**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

|  |  |
|---|---|
| JOHN SCHWARZKOPF<br><br>              Plaintiff,<br><br>v.<br><br>INTERNATIONAL BUSINESS MACHINES, INC.; AND DOES 1 THROUGH 20<br><br>          Defendants. | CASE NO. C08 02715 JF<br><br>[PROPOSED] ORDER GRANTING CONTINUATION OF MOTIONS DEADLINE |

1  The Court has considered the parties' stipulated request to continue the motions

2  deadline in this case from March 19, 2010, to April 16, 2010, and the request is hereby

3  GRANTED.

4

5

6

7  Dated: _____1/19/2010_____, 2010

8  JEREMY FOGEL

9  UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26