**E-Filed 5/12/10**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JOHN SCHWARZKOPF,<br><br>   Plaintiff,<br><br>   v.<br><br>INTERNATIONAL BUSINESS MACHINES, INC; AND DOES 1 THROUGH 20,<br><br>   Defendants. | Case Number C 08-2715 JF (HRL)<br><br>JUDGMENT |

Defendant's motion for summary judgment having been granted,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing and that judgment be entered for Defendant.

DATED: May 12, 2010

_____
JEREMY FOGEL
United States District Judge